JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| BISHARA KAKISH, | Case № 5:19-cv-01273-ODW (SHKx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MR. COOPER, et al., | |
| Defendants. | |

Pursuant to the Court's Order Granting Defendant Nationstar Mortgage LLC dba Mr. Cooper's Motion for Judgment on the Pleadings, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiff shall recover nothing from Defendant;
2. Plaintiff's Complaint is dismissed on the merits and with prejudice; and
3. All dates and deadlines are hereby **VACATED**.

**IT IS SO ORDERED.**

August 31, 2020

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**